RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
200 S. Virginia Street, Ste. 340
Reno, Nevada 89501
(775) 321-8451/Phone
(702) 388-6261/Fax
Kate_Berry@fd.org

Attorney for CHRISTINE DAWN LYNN CARSON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  3:22-cr-00010-MMD-CLB |
| Plaintiff, | **STIPULATION TO CONTINUE MOTION DEADLINES** |
| v. | (First Request) |
| CHRISTINE DAWN LYNN CARSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender Rene L. Valladares, Assistant Federal Public Defender KATE BERRY, counsel for CHRISTINE DAWN LYNN CARSON, United States Attorney Jason M. Frierson, and Assistant United States Attorney RICHARD B. CASPER, counsel for the United States of America, that the deadline to file any and all pretrial motions and notices of defense be extended from March 1, 2023 to **March 8, 2023**.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including **March 22, 2023**, to file any and all responsive pleadings.

1      IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they

2 shall have to and including **March 29, 2023**, to file any and all replies to dispositive motions.

3      This is the first stipulation to continue the motions deadlines.  Counsel is requesting

4 additional time to file pretrial motions mindful of the current trial date of April 11, 2023 at

5 9:00 AM, the exercise of due diligence, in the interests of justice, and not for any purpose of

6 delay.

7

8      DATED this 16th day February, 2023.

9

10    RENE L. VALLADARES                    JASON M. FRIERSON
      Federal Public Defender                United States Attorney

11

12     */s/ Kate Berry*                       */s/ Richard B. Casper*
   By:_____    By:_____

13     KATE BERRY                            RICHARD B. CASPER
       Assistant Federal Public Defender     Assistant United States Attorney
14     Counsel for Christine Dawn Lynn Carson   Counsel for United States

15

16

17                                 **IT IS SO ORDERED.**

18                                 **DATED** this __17th__ day of February, 2023.

19

20

21                                 _____
                                   MIRANDA M. DU
22                                 CHIEF UNITED STATES DISTRICT JUDGE

23

24

25

26

2