RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
200 S. Virginia Street, Ste. 340
Reno, Nevada 89501
(775) 321-8451/Phone
(702) 388-6261/Fax
Kate_Berry@fd.org

Attorney for CHRISTINE DAWN LYNN CARSON

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>     v.<br><br>CHRISTINE DAWN LYNN CARSON,<br><br>        Defendant. | Case No.  3:22-cr-00010-MMD-CLB<br><br>**STIPULATION TO CONTINUE MOTION DEADLINES**<br>(Second Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Federal Public Defender Rene L. Valladares, Assistant Federal Public Defender KATE BERRY, counsel for CHRISTINE DAWN LYNN CARSON, United States Attorney Jason M. Frierson, and Assistant United States Attorney RICHARD B. CASPER, counsel for the United States of America, that the deadline to file any and all pretrial motions and notices of defense be extended from March 8, 2023 to **March 13, 2023**.

    IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including **March 27, 2023**, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including **April 3, 2023**, to file any and all replies to dispositive motions.

This is the first stipulation to continue the motions deadlines. Counsel is requesting additional time to file pretrial motions mindful of the current trial date of April 11, 2023 at 9:00 AM, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 7th day March, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| /s/ Kate Berry<br>By:_____<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for Christine Dawn Lynn Carson | /s/ Richard B. Casper<br>By:_____<br>RICHARD B. CASPER<br>Assistant United States Attorney<br>Counsel for United States |

**IT IS SO ORDERED.**

**DATED** this __8th__ day of March, 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

2