JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
RICHARD B. CASPER
Nevada Bar No. 8980
Assistant United States Attorneys
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Richard.Casper@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTINE DAWN LYNN CARSON,<br><br>　　　　Defendant. | Case No.  3:22-cr-00010-MMD-CLB<br><br>**STIPULATION TO CONTINUE RESPONSE AND REPLY DEADLINES**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between James M. Frierson, United States Attorney, and RICHARD CASPER, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and KATE BERRY, Assistant Federal Public Defender, counsel for CHRISTINE DAWN LYNN CARSON, that the government shall have to and including **April 5, 2023**, to file a response to the defendant's Motion to Dismiss (ECF No. 41), filed March 13, 2023.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that the defendant shall have to and including **April 19, 2023**, to file a reply to the government's response.

This is the second stipulation to continue the response deadline. Counsel is requesting additional time to file a response mindful of the current trial date of June 27, 2023 at 9:00 AM, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 31st day of March, 2023.


| JAMES M. FRIERSON | RENE L. VALLADARES |
| United States Attorney | Federal Public Defender |

By: */s/ Richard Casper*  
RICHARD CASPER  
Assistant United States Attorney  
Counsel for the United States

By: */s/ Kate Berry*  
KATE BERRY  
Assistant Federal Public Defender  
Counsel for Christine Dawn Lynn Carson

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the government shall have to and including **April 5, 2023,** file the response to Motion to Dismiss, and the defendant shall have to an including **April 19, 2023**, to file a reply, if any.

DATED this ___3rd___ of ___April___, 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

3