RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
200 S. Virginia Street, Ste. 340
Reno, Nevada 89501
(775) 321-8451/Phone
(702) 388-6261/Fax
Kate_Berry@fd.org

Attorney for CHRISTINE DAWN LYNN CARSON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTINE DAWN LYNN CARSON,<br><br>　　　　　Defendant. | Case No. 3:22-cr-00010-MMD-CLB<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY**<br><br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between United States Attorney JASON M. FRIERSON, Assistant United States Attorney RICHARD B. CASPER, counsel for the United States of America, Federal Public Defender RENE L. VALLADARES, and Assistant Federal Public Defender KATE BERRY, counsel for CHRISTINE DAWN LYNN CARSON , to extend the time in which the Defendant's Reply to Response to the Defendant's Motion to Dismiss [ECF #41] from April 19, 2023, to April 26, 2023. This is the first request for an extension for time to file reply.

　　　The additional time requested for the filing the responses is requested mindful of the current trial date of June 27, 2023, the exercise of due diligence, in the interests of justice, and not for any purpose of delay.

DATED this 17th day of April, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By: /s/ KATE BERRY<br>‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for CHRISTINE CARSON | By: /s/ RICHARD B. CASPER<br>‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾<br>RICHARD B. CASPER<br>Assistant United States Attorney<br>Counsel for the Government |

**IT IS SO ORDERED.**

**DATED** this __18th__ day of April, 2023.

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE